THIRD DEPARTMENT, JUNE, 1969

## (June 4, 1969)*

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HORACE McNEILL, ARTHUR WASZCYSZUK, KARL ZAPP, ARTHUR BOYLE, JOSE COLON, THOMAS SAMUELS, ANTHONY DE LESTRE and ARTHUR JOYNER, Respondents, v. JAMES J. MORROW, as Director of Woodbourne Rehabilitation Center, Appellant.— Motion for stay granted, without costs, and without prejudice to a motion by respondents to vacate the stay in the event appellant shall fail to file, on or before June 16, 1969, records and briefs and be ready for argument June 18, 1969. Counsel assigned at Special Term assigned to represent respondents upon these appeals pursuant to section 35 of the Judiciary Law. Gibson, P. J., Herlihy, Staley, Jr., Cooke and Greenblott, JJ., concur.